

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00105-CR

Alphonso A. **MCCLOUD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6735B
The Honorable Joey Contreras, Judge Presiding

## O R D E R

"The court reporter's request for additional time to file the reporter's record is granted in part. We order the court reporter, Brooke Wagner, to file the reporter's record by April 23, 2018. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may extend the deadline to file the record if requested by the clerk or reporter. Each extension must not exceed 30 days in an ordinary or restricted appeal . . . .")."

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court